```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )
                                    )   CR. S-08-0455-JAM
12           Plaintiff,             )
                                    )   STIPULATION AND ORDER
13                                  )   CONTINUING STATUS CONFERENCE AND
        v.                          )   EXCLUDING TIME
14                                  )
    FELIX GARCIA-VALDEZ, et al.,    )
15                                  )
             Defendants.            )   Hon. John A. Mendez
16  _____)
17
18       The parties request that the status conference currently set
19  for March 24, 2009, be continued to March 31, 2009 at 9:30 a.m.
20  The parties stipulate that the time beginning March 24, 2009, and
21  extending through March 31, 2009, be excluded from the
22  calculation of time under the Speedy Trial Act.  The parties
23  submit that the ends of justice are served by the Court excluding
24  such time, so that counsel for each defendant may have reasonable
25  time necessary for effective preparation, taking into account the
26  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
27  Code T4.
28       The parties are in the process of discussing and negotiating
```

1

the various plea offers in this case.  Each defendant will need time to consider his offer in light of the discovery.  As such, the attorneys for each defendant need more time to review the discovery in this case, discuss that discovery with their respective clients, consider new evidence that may affect the disposition of this case, conduct necessary legal research and investigation, and then discuss with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Dated: March 13, 2009            By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

Dated: March 13, 2009            By:/s/ Matthew C. Bockmon
                                    MATTHEW C. BOCKMON
                                    Attorney for defendant
                                    FELIX GARCIA-VALDEZ

Dated: March 13, 2009            By:/s/ Michael B. Bigelow
                                    MICHAEL B. BIGELOW
                                    Attorney for defendant
                                    MANUEL HERNANDEZ-MORENO

**ORDER**

For the reasons stated above, the status conference in case number CR. S-08-0455-JAM, currently set for March 24, 2009, is continued to March 31, 2009 at 9:30 a.m.; time beginning March 24, 2009, and extending through March 31, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 3/13/2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge